# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FRANK J. ARLASKY,<br><br>      Plaintiff,<br><br>  v.<br><br>NATIONSTAR MORTGAGE, LLC, AND VERIPRISE PROCESSING SOLUTIONS, LLC,<br><br>      Defendants. | Case No.: SACV 15-01514-CJC(DFMx)<br><br>JUDGMENT |

    For the reasons more fully stated in the Court's minute order dated December 16, 2016 (Dkt. 44), the Court DISMISSES this action with prejudice and it is ORDERED, ADJUDGED and DECREED as follows:

1. Judgment is hereby entered in favor of Defendant Nationstar Mortgage LLC in the amount of $12,889.84, jointly and severally, against Plaintiff Frank J. Arlasky and his counsel, Blake W. Wilson;

2. The order to show cause (Dkt. 43) issued on December 7, 2016, is discharged; and

3. The case is hereby DISMISSED WITH PREJUDICE.

The Court orders that Judgment be entered.

DATED:   December 19, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE